# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| HILTON FOOTE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LUMICO LIFE INSURANCE COMPANY, ASSURANCE IQ, INC., and HELIOS ENERGY PARTNERS, LLC<br><br>        Defendants. | Civil Action File No. 1:18-cv-03719<br><br>**CLASS ACTION**<br><br><br>**STIPULATION OF DISMISSAL** |

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against Assurance IQ, Inc. only. None of the rights of any putative class members other than the plaintiff have been released or are otherwise affected by this dismissal, and this matter will continue against the remaining defendants.

s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

Paul A. Rosenthal
Kelly Drye & Warren LLP
One Jefferson Road
Parsippany, NJ 07054
Telephone:  (973) 503-5900
paulrosenthal@kelleydrye.com

*Counsel for Defendant Assurance IQ, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that on February 25, 2020, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

/s/ Anthony Paronich
Anthony Paronich